# Court of Criminal Appeals of Texas

## Willie Lee Ockletree

RECEIVED IN
COURT OF CRIMINAL APPEALS

DEC 10 2015

Abel Acosta, Clerk

v.

FILED IN
COURT OF CRIMINAL APPEALS

DEC 14 2015

Abel Acosta, Clerk

## The State of Texas

## Motion of Objections

I address the Honorable Court with my objections to The Anders Brief filed in Appeal as well as the issue Concerning my Answer to my Direct Appeal in which is consistent with these Occurrences:

1.) I never received an hearing on my Motion for New Trial

2.) My Appeal Attorney Prust never consult with me Concerning Anders Brief.

3.) My Appeal Attorney Prust says I was Indicted for Injury Elderly (Wrong)

(1.)

and Aggravated Assault as he mentioned on my Anders Brief. He didn't even know for what I was indicted.

4.) I object to the fact in which were placed on the Judges Jezek Memorandum Opinion in which she states I was convicted under 12.42(b) 12.32 when in fact I was sentenced under 12.42(d)

5. Finally but not all I am void without answer to several grounds concerning my brief filed in the Appeals Court The Trial Court has not given me a Facts & Conclusion of law. The trial Court only addresses my Ineffective Assistance Claim.

6. I have yet to hear anything Concerning my Motion for Rehearing which I filed on Court of Appeals

7. I ask the Honorable Court to assist me if this would satisfy

(2.)

interest of justice. I Thank the Court for all there assistance and patience. I also pray that I receive a response concerning my objections and a hearing concerning them. With all said GOD Bless You all for the Holidays. Sincerely

Willie Ockletree
#1906981
AllRED Unit
2101 FM 369 N.
Iowa Park TX
76367

(3.)